■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN D. BRACEWELL, Appellant. [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Martoche and Green, JJ.

■ PAUL MILLIGAN, Respondent, v ALLIED BUILDERS, INC., et al., Appellants. [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON DENNEE, Appellant. [825 NYS2d 388]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Joan S. Kohout, J.—Criminal Possession Stolen Property, 4th Degree). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYSON L. SIMPSON, Appellant. [825 NYS2d 387]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, David D. Egan, J.—Robbery, 2nd Degree). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.